Sandra Slaton, Esq. SBA# 006454
Kristin Roebuck, Esq. SBA #031000
**HORNE SLATON, PLLC**
6720 North Scottsdale Road, Suite 285
Scottsdale, AZ 85253
Tel: (480) 483-2178
Fax: (480) 367-0691
slaton@horenslaton.com
roebuck@horneslaton.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joey Brent Bringhurst,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Neal Foster Duncan, a married man; Rogers Law Ltd., an Arizona corporation;<br><br>　　　　　Defendants. | Case No 2:15-cv-00368-DJH<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |

　　　Plaintiff, Joey Bringhurst hereby gives notice that he has served upon Defendants, electronically and by regular mail, Plaintiff's Initial Disclosure Statement.

　　　**RESPECTFULLY** submitted this 3rd day of June, 2016.

**HORNE SLATON, PLLC**

By: /s/ Kristin M. Roebuck
　　Sandra Slaton
　　Kristin Roebuck
　　*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed on the 3rd day of June, 2016, through the ECF system, U.S. District Court, District of Arizona, with a copy being electronically delivered to all registered parties who have made an appearance in this action. I further certify that a COPY of the foregoing was sent via U.S. Mail to all non-registered recipients and/or parties who have not made an appearance listed below:

Adam E. Hauf
HAUF LAW, PLC.
4225 W Glendale Avenue
Suite A-104
Phoenix, AZ 85051
*Attorney for Defendant*

Robert R. Berk
Jones, Skelton & Hochuli, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012
*Attorney for Defendants Robert Rogers,*
*Christopher Rogers and Rogers Law, Ltd.*

By /s/ HH