# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joey Brent Bringhurst,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Neal Foster Duncan, et al.,<br><br>　　　　　　Defendants. | No. CV-15-00368-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Extend Expert Deposition Deadline (Doc. 61). Upon review by the Court, and pursuant to the stipulation of the parties,

**IT IS ORDERED granting** the Stipulation (Doc. 61) and that the parties shall have until February 24, 2017 to complete expert depositions.

Dated this 7th day of December, 2016.

Honorable Diane J. Humetewa
United States District Judge